## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEATRICE A. CONWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-11-314-FHS-KEW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court for its consideration is the Commissioner's unopposed motion to reverse and remand based upon the error of the Administrative Law Judge ("ALJ"). Having reviewed the motion and the record in this case, the Court finds that the Commissioner's motion should be granted and this action should be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the reason set forth in the Commissioner's unopposed motion, i.e., the ALJ's improper reliance on evidence to support his residual functional assessment that was not included in the administrative record. The Commissioner's unopposed motion to reverse is granted and this action is remanded for further administrative proceedings.

It is so ordered this 20th day of April, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma